IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DAWUD BASHAN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 124-112 |
| ) | |
| CHRISTOPHER RABUN, Deputy, ) | |
| Richmond County Sheriff's Office, and ) | |
| KENNETH E. ATTERTON, Investigator, ) | |
| Richmond County Sheriff's Office, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** all official capacity claims for monetary damages. The case shall proceed as described in the Magistrate Judge's December 19, 2024 Order. (See doc. no. 16.)

SO ORDERED this 21st day of January, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA