AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DAWUD BASHAN JONES,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV124-112

CHRISTOPHER RABUN, Deputy, Richmond County Sheriff's Office, and KENNETH E. ATTERTON, Investigator, Richmond County Sheriff's Office,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 3, 2026, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, Defendants' Motion for Summary Judgment is granted and Judgment is hereby entered in favor of Defendants. This case stands closed.

09/03/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*